1
2
3
4
5
6
7                       UNITED  STATES  DISTRICT  COURT
8                    CENTRAL  DISTRICT  OF  CALIFORNIA
9                            WESTERN  DIVISION
10

11   NORTON,                          )   No. ED CV 08-01829-VAP (VBK)
                                      )
12              Plaintiff,            )   ORDER (1) ACCEPTING AND ADOPTING
                                      )   THE REPORT AND RECOMMENDATION OF
13        v.                          )   THE UNITED STATES MAGISTRATE
                                      )   JUDGE, AND (2) GRANTING DEFENDANT
14   FEDERAL BUREAU OF                )   FBI'S MOTION TO DISMISS
     INVESTIGATIONS, et al.,          )
15                                    )
                Defendants.           )
16                                    )
                                      )
17   _____ )

18        Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint

19   and all other papers along with the attached Report and Recommendation

20   of  the  United  States  Magistrate  Judge,  and  has  made  a  de  novo

21   determination of the Report and Recommendation.

22        **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving

23   and  adopting  the  Report  and  Recommendation,  (2)  granting  Defendant

24   FBI's  Motion  to  Dismiss;  and  (3)  Judgment  be  entered  dismissing

25   Defendant FBI.

26

27   DATED: January 28, 2010
                                          _____
28                                        VIRGINIA A. PHILLIPS
                                          UNITED STATES DISTRICT JUDGE