UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NORTON, | ) | No. ED CV 08-01829-VAP (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| FEDERAL BUREAU OF INVESTIGATIONS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing Defendant FBI.

DATED: January 28, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE