UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NORTON, | ) | No. ED CV 08-01829-VAP (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| FEDERAL BUREAU OF INVESTIGATIONS, et al., | ) | COMPLAINT |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants Russ Leach and the City of Riverside's Motion to Dismiss; and (3) directing that Judgment be entered dismissing Plaintiff's Complaint and the entire action.

DATED: August 25, 2020

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE