UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NORTON, | ) | No. ED CV 08-01829-VAP (VBK) |
| Plaintiff, | ) ) | AMENDED ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND |
| v. | ) ) | RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) |
| FEDERAL BUREAU OF INVESTIGATIONS, et al., | ) ) | DISMISSING THE COMPLAINT |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

Judgment dismissing the Complaint was entered on August 25, 2010.[Docket No. 54]

Due to a systems error, the Court reopened the case on November 19, 2010. [Docket No. 55] Plaintiff was re-served with copies of the July 27, 2010 "Notice of Filing Report and Recommendation"[Docket No. 51], "Report and Recommendation of United States Magistrate Judge" [Docket No. 52], and an "Order Vacating Judgment" [Docket No. 55]. On

December 1, 2010, the Court issued a Minute Order granting Plaintiff twenty days from the date of the Minute Order in which to file an Opposition to the Motion to Dismiss or file Objections to the Report and Recommendation of United States Magistrate Judge. [Docket No. 56]

Plaintiff has failed to file an Opposition to the Motion to Dismiss or Objections to the Report and Recommendation of United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants Russ Leach and the City of Riverside's Motion to Dismiss; and (3) directing that Judgment be entered dismissing Plaintiff's Complaint and the entire action.

DATED: January 13, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE